NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIT ASSOCIATES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, PLATINUM SERVICES, INC.,**
*Defendants-Appellees*

---

2015-5105

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00254-EDK, Judge Elaine Kaplan.

---

**JUDGMENT**

---

JAMES W. KIM, McDermott, Will & Emery LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JOSHUA DAVID ROGACZEWSKI.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by CLAUDIA BURKE, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; DAVID B. COOK, NAVSUP Fleet Logistics Center, United States Department of the Navy, Jacksonville, FL.

CAROL L. O'RIORDAN, The O'Riordan Bethel Law Firm, Washington, DC, argued for defendant-appellee Platinum Services, Inc. Also represented by ANTHONY MARCHESE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 16, 2016          /s/ Peter R. Marksteiner
        Date                  Peter R. Marksteiner
                              Clerk of Court